UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNEY SHI LAI,

                          Plaintiff,

            -against-

UNITED STATES OF AMERICA; NEW
YORK STATE; NEW YORK CITY; EXXON
MOBILE; COMMISSIONER OF SOCIAL
SECURITY,

                          Defendants.

18-CV-10560 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued July 29, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 29, 2019
         New York, New York

                                         Louis L. Stanton
                                         U.S.D.J.